U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 20 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-0377 |
| VERSUS | JUDGE ROBERT G. JAMES |
| NICOLE D. TOWNS | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 28], having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Nicole D. Towns, and adjudges her guilty of the offense charged in Count One of the indictment against her.

THUS DONE AND SIGNED this 20 day of March, 2009, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE